The Kizzie Firm, APC
Antonio K. Kizzie SBN 279719
1732 Aviation Blvd. , #226
Redondo Beach, CA  90278
(310) 388-9977

Representing: Plaintiff                                                    File No.

UNITED STATES DISTRICT COURT
Central District of California - District - Riverside

|  |  |
|---|---|
| G.S.G., et al.<br>**Plaintiff/Petitioner**<br><br>vs.<br><br>County of Riverside, et al.<br>**Defendant/Respondent** | ) Case No. 5:24-cv-02503 JGB (SPx)<br>)<br>) Proof of Service of:<br>) Summons, Complaint, Certification and Notice of Interested<br>) Parties, Notice of Assignment to United States Judges, Notice<br>) to Parties of Court Directed ADR Program, Notice to Counsel<br>) Re Consent to Proceed Before a United States Magistrate<br>) Judge, Civil Cover Sheet<br>)<br>) Service on:<br>) County of Riverside<br><br>Hearing Date:<br><br>Hearing Time:<br><br>Div/Dept: |

PROOF OF SERVICE

Order # 24219149

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| The Kizzie Firm, APC<br>Antonio K. Kizzie SBN 279719<br>1732 Aviation Blvd. #226<br>Redondo Beach, CA 90278<br>TELEPHONE NO: (310) 388-9977   FAX NO *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*: akizzie@kizziefirm.com<br>ATTORNEY FOR *(Name)*: Plaintiff | |
| *Insert name of court, judicial district or branch court, if any:*<br>United States District Court<br>Central District of California - District - Riverside<br>3470 12th Street<br>Riverside, CA  92501-3801 | |
| PLAINTIFF / PETITIONER: G.S.G., et al.<br>DEFENDANT / RESPONDENT: County of Riverside, et al. | CASE NUMBER:<br>5:24-cv-02503 JGB (SPx) |
| **PROOF OF SERVICE** | Ref. No. or File No.:<br>12247413 (24219149) |

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Summons, Complaint, Certification and Notice of Interested Parties, Notice of Assignment to United States Judges, Notice to Parties of Court Directed ADR Program, Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge, Civil Cover Sheet

2. Party Served:   County of Riverside

3. Person Served:   Peter Aldana - Assessor-County/Clerk-Recorder

4. Left With:   Daniel "Doe" (30s/M/Cauc/175/5'7/Brown H/Brown E) - Person In Charge

5. Date & Time of Delivery:   December 3, 2024 at 12:44 pm PST

6. Address, City and State:   4080 Lemon St 1st Floor Riverside, CA, 92501

7. Manner of Service:   **SUBSTITUTION SERVICE:** By leaving the copies with or in the presence of Daniel "Doe" (30s/M/Cauc/175/5'7/Brown H/Brown E), (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed them of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for service: $110.00

Registered California process server.
Stephen Stevens
County: Riverside
Registration No.: 002173

InfoTrack US, Inc. - P000634
1400 North McDowell Blvd Suite 300,
Petaluma, CA  94954
800-938-8815

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

*/s/ Stephen Stevens*

Stephen Stevens

Date: December 4, 2024

PROOF OF SERVICE

1 of 1
Order #24219149

MC-031

| PLAINTIFF / PETITIONER: G.S.G., et al. | CASE NUMBER: |
|---|---|
| DEFENDANT / RESPONDENT: County of Riverside, et al. | 5:24-cv-02503 JGB (SPx) |

## DECLARATION OF DILIGENCE
(This form must be attached to another form or court paper before it can be filed in court.)

Party Served: County of Riverside

1) Successful Attempt: Dec 3, 2024, 12:44 pm PST at Business: 4080 Lemon St 1st Floor, Riverside, CA 92501 received by Daniel "Doe" (30s/M/Cauc/175/5'7/Brown H/Brown E). Age: 35; Ethnicity: Caucasian; Gender: Male; Weight: 175; Height: 5'7"; Hair: Brown; Eyes: Brown; Relationship: Person In Charge;

**I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

Date:   December 4, 2024

Stephen Stevens
_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF DECLARANT)

☐ Attorney for   ☐ Plaintiff   ☐ Petitioner   ☐ Defendant
☐ Respondent   ☒ Other *(Specify):* Process Server

Form Approved for Optional Use
Judicial Council of California
MC-031 [Rev.July 1, 2005]

**ATTACHED DECLARATION**

Page 1 of 1

| | | MC-031 |
|---|---|---|
| **PLAINTIFF / PETITIONER:** G.S.G., et al. | | **CASE NUMBER:** |
| **DEFENDANT / RESPONDENT:** County of Riverside, et al. | | 5:24-cv-02503 JGB (SPx) |

## DECLARATION OF MAILING
(This form must be attached to another form or court paper before it can be filed in court.)

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 North McDowell Blvd Suite 300, Petaluma, CA  94954.

On 12/4/2024, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

Summons, Complaint, Certification and Notice of Interested Parties, Notice of Assignment to United States Judges, Notice to Parties of Court Directed ADR Program, Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge, Civil Cover Sheet

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Fairfax, CA, addressed as follows:

County of Riverside
Peter Aldana - Assessor-County/Clerk-Recorder - Person Authorized to Accept Service of Process
4080 Lemon St, 1st Floor
Riverside, CA 92501.

**I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

Date:    12/4/2024

Ashley David
_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF DECLARANT)

☐ Attorney for    ☐ Plaintiff    ☐ Petitioner    ☐ Defendant
☐ Respondent    ☒ Other *(Specify):* InfoTrack US, Inc.

Form Approved for Optional Use
Judicial Council of California
MC-031 [Rev.July 1, 2005]

**ATTACHED DECLARATION**

Page 1 of 1